JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CROWDER, | Case No. CV 18-3086 R(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| DEBBIE ASUNCION, et al., | |
| Respondents. | |

Pursuant to this Court's February 19, 2019 Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, and in light of petitioner's failure timely to seek to amend the Petition for Writ of Habeas Corpus ("Petition") to delete his unexhausted claims after having been afforded an opportunity to do so:

IT IS ADJUDGED that the Petition and this action are dismissed without prejudice.

DATED: March 26, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE